UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRAD PAUL SMITH                                                                                    PLAINTIFF
ADC #660448

V.                                          No. 4:23-CV-00797-JM

AUNDREA F. CULCLAGER, Deputy Director, ADC;
A. ROGERS, Rehab Program Administrator, ADC;
RICHARD, Dr., Head Psychiatrist, Provider, ADC;
and J. WISCAVER, Provider, Psychiatrist, ADC                                         DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 6th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE