# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRAD PAUL SMITH**  **PLAINTIFF**
**ADC #660448**

V.                        Case No. 4:23-CV-00797-JM-BBM

**AUNDREA F CULCLAGER,**
**Deputy Director, ADC,** *et al.*                        **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1. ADC Defendants' Motion to Dismiss Amended Complaint, (Doc. 53), be DENIED.

2. Smith's embedded Motion to Amend his Amended Complaint to add Aundrea Culclager as a Defendant, (Doc. 56 at 2), be GRANTED.

IT IS SO ORDERED this 25th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE