**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRAD PAUL SMITH**                                                                    **PLAINTIFF**
**ADC #660448**

**V.**                          **Case No. 4:23-CV-00797-JM-BBM**


**AUNDREA F. CULCLAGER,**
**Deputy Director, ADC,** *et al.*                                          **DEFENDANTS**

<u>**ORDER**</u>

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT Smith's Motion for Summary Judgment (*Doc. 63*) is DENIED.

IT IS SO ORDERED this 6th day of January, 2025.


_____
UNITED STATES DISTRICT JUDGE