IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRAD PAUL SMITH                           PLAINTIFF

V.                Case No. 4:23-CV-00797-JM-BBM

AUNDREA F. CULCLAGER,
Deputy Director, ADC, *et al.*                       DEFENDANTS

## ORDER

On January 30, 2025, Defendant Shawn Richard ("Richard"), an employee of Wellpath, LLC, filed a suggestion of bankruptcy and a notice of an automatic stay of these proceedings ("Notice") due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities. (Doc. 75); *see In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533 (Bankr. S.D. Tex). On May 21, 2025, Richard notified the Court that the stay in the bankruptcy case has been lifted. (Doc. 83).

Prior to the stay, Plaintiff Brad Paul Smith notified the Court that he has been released from incarceration and is receiving mail at an address in Floral, Arkansas. (Doc. 73). If Plaintiff wishes to pursue this lawsuit, he must file an updated *in forma pauperis* motion ("IFP Motion") that reflects his free-world financial status or pay the $405 filing and administrative fees, in full.[1]

---

[1] According to Clerk's records, no portion of the filing fee was collected from Plaintiff's institutional account while he was incarcerated. (*See* Doc. 20) (directing that monthly payments be collected and remitted to the Clerk).

IT IS THEREFORE ORDERED THAT:

1. The stay in this case is LIFTED.

2. If Plaintiff wishes to pursue this lawsuit, then, **within thirty (30) days of this Order**, he must either: (a) file a completed free-world IFP Motion; or (b) pay the $405 filing and administrative fees owed for this action. If he does not comply with this Order, this case will be dismissed, without prejudice, pursuant to LOCAL RULE 5.5(c)(2).

SO ORDERED this 27th day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE