IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRAD PAUL SMITH                                                                                    PLAINTIFF

v.                                    Case No. 4:23-CV-00797-JM

AUNDREA F CULCLAGER, *et al.*                                                           DEFENDANTS

## ORDER

Smith has not complied with the May 27, 2025 Order directing him to pay the filing and administrative fees for this case or file a free-world motion to proceed *in forma pauperis*. *Doc. 84.* The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). Defendants' Motion for Summary Judgment, *Doc. 76*, is denied as moot. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 1st day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE