IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRAD PAUL SMITH**                                                                                               **PLAINTIFF**

**v.**                                         **Case No. 4:23-CV-00797-JM**

**AUNDREA F CULCLAGER,** *et al.*                                                                **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 1st day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE